AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☒ Pretrial detention
☐ Immigration detention
☐ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☒ Other (explain): Ongoing Sex Descrimination By Domestic Violence Advocate and The Honorable Judge Riches who has allowed My Sons Mother To Fake Domestic Violence

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: 23rd JDC Livingston Louisiana
   (b) Docket number, case number, or opinion number: 45610 et Al
   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): Petitioner IS Being held Without Bail on Domestic Without Bail After a Judicial Admission By the Victim That She IS Being Blackmailed For Sex purposes
   (d) Date of the decision or action:

**Your Earlier Challenges of the Decision or Action**

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☒ Yes          ☐ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: ___
       (2) Date of filing: ___
       (3) Docket number, case number, or opinion number: ___
       (4) Result: ___
       (5) Date of result: ___
       (6) Issues raised: My Appeals have Not Reached the First Circuit. 7 Letters 3 For Supervisory Writs 4 For Status updates. have Vanished since October 14, 2022
   (b) If you answered "No," explain why you did not appeal: But The Prosecutor Argued the Contents of My Submission on November Hearings Claiming a Domestic civil Protection order was violated

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes          ☒ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) If "Yes," provide:
    (1) Name of the authority, agency, or court: _____
    (2) Date of filing: _____
    (3) Docket number, case number, or opinion number: _____
    (4) Result: _____
    (5) Date of result: _____
    (6) Issues raised: My Affidavit of Denial of Corporate existence Is ~~all~~ ~~~~ Sufficient under Laccp 15.459 As Sent to Judge Ricks and Ables prior to Arrest "Notification of Reservation of Rights" via Certified Mail ~~~~ After Judge Ricks Threatened me on a Telephone Conversation, Set Ludicrous Bail, Made Prejudicial Comments About My Son Belongig to "Her"

(b) If you answered "No," explain why you did not file a second appeal: I mailed It But it Didnot Reach The Court of Appeals A Scory "7" Letters have Vanished From Jail mail System

9. **Third appeal**
After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☐ Yes     ☒ No

(a) If "Yes," provide:
    (1) Name of the authority, agency, or court: 21 JDC
    (2) Date of filing: Feb 10, 2020
    (3) Docket number, case number, or opinion number: 39,709 120,566
    (4) Result: _____
    (5) Date of result: _____
    (6) Issues raised: Judge Wolfe had Repeatedly Rejected The plea For Jurisdictional Defects After I sent her The Video of The events of Mrs Calvillo Lying about Domestic Violence in 2020 The Pueblic Defender is Complicit in interfering with Legal mail and Concealing € Impertinent evidence

(b) If you answered "No," explain why you did not file a third appeal: I Tried But The mail never Reached The First Circuit

10. **Motion under 28 U.S.C. § 2255**
In this petition, are you challenging the validity of your conviction or sentence as imposed?
☐ Yes     ~~☒ No~~    N/A
If "Yes," answer the following:
(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
    ☐ Yes     ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Date of filing: _____
(2) Case number: _____
(3) Result: _____
(4) Date of result: _____
(5) Issues raised: It is Not my Immigration matter, A Witness In need for several matters Involving This was Taken Into Custody. This is explained in Debth in The Civil Rights Case Listed

Maximo JOJO Yuto

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes    ☒ No
If "Yes," provide:
(1) Name of court: _____
(2) Date of filing: _____
(3) Case number: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

12. **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes    ☐ No
If "Yes," provide:
(a) Kind of petition, motion, or application: _____
(b) Name of the authority, agency, or court: _____
(c) Date of filing: _____
(d) Docket number, case number, or opinion number: _____
(e) Result: _____
(f) Date of result: _____
(g) Issues raised: _____

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

       If "Yes," provide:
       (1) Name of court:
       (2) Case number:
       (3) Date of filing:
       (4) Result:
       (5) Date of result:
       (6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
    ☐ Yes     ☐ No
    If "Yes," provide:
    (1) Name of court:
    (2) Case number:
    (3) Date of filing:
    (4) Result:
    (5) Date of result:
    (6) Issues raised:

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☒ Yes     ☐ No
If "Yes," provide:
(a) Date you were taken into immigration custody: *It Is My Witness I was present*
(b) Date of the removal or reinstatement order: *unknown*
(c) Did you file an appeal with the Board of Immigration Appeals?
    ☐ Yes     ☒ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**Grounds for Your Challenge in This Petition**

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** No Compulsory Process in State Maritime Article 1 Jurisdiction To Compel All Witness Favorable For Any Defense At Trial, The Company Supervisor whom Blackmailed

(a) Supporting facts (Be brief. Do not cite cases or law.):
Maximo JOJO yulo was Taken into Immigration Custody After his Work Status was used To Blackmail his Sister Into A Sexual Relationship At Work. Fake Domestic Violence Have Been used By Now Two Companies to Prevent The Conduct of Management From Being Investigated

(b) Did you present Ground One in all appeals that were available to you?
☒ Yes   ☐ No

**GROUND TWO:** "A Corporate existence is Presumed unless Defendant Files his Affidavit of Denial Any Time Before Trial" Laccp15.4:

Enclosed "Notification Of Reservation Of Rights" Doc 1 Page 9
CV-856 A

(a) Supporting facts (Be brief. Do not cite cases or law.):
I have mailed Both Judges my Affidavit Both Before And after Confinement and They have Still yet To Be Applied To Case File. Judge Ricks has Full Knowledge of My Location when Jocely Lied about this Domestic.

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes   ☒ No

**GROUND THREE:** Actuall Innocent. It Has Become Such An Impossibility For Men To Prove innocence when There Is No oversight Into The Violence Against Women Grants That Domestic Violence Victim Gain

(a) Supporting facts (Be brief. Do not cite cases or law.):
The Domestic Violence Advocate has Stated "They Do Not Know what To Do" When I have Given more Than enough Warning That A. I am being Targeted For Fake Domestic Violence To. But Judge Ricks Says "I know what To Do" on The Phone Then Sets $100,000 Bail on A misdemenor

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes   ☐ No

I wasnt even in the State Fo
Then Appeals Disapear After
Certified Mail Proves The Affidu

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** Appeals have Been "Lost" The exact Same Way Legal mail was "Lost" in 2020 in This Facility. Denial of Ability to Appeal Court decisions

(a) Supporting facts (Be brief. Do not cite cases or law.): I have Asked For Supervisory Writs Since October 17, 2022. I Do Not have An Attorney Because The Last one said I will have to wait 22 months Before my Trial. I have Reserved my Rights, Proven my Innocence, and established The unconstitutionality of providing a Grant For "Finding" one Outcome. Blantent Sexual Descr Against men

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes   ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: I have Made These Cases much Bigger Then Normal and as such, I Believe The Sheriffs Department has Now Threatended The "Victim" in what is only Described as Witness tampering. She Is still A Victim Of Workplace Sexual Assault

**Request for Relief**

15. State exactly what you want the court to do: I Request TO be Released, in Addition to a Judicial Review of All Current and Former Domestic Violence Claims to Determine The Factual Basis of each Claim. Jocelyn Calvillo was The Victim of Sexual Assault in the workplace, And Reporting it Triggered A Nation wide Campaign of Fake Domestic, At times 4 or Five Alegations in within a few hours, TO prevent The Associated Civil Rights Case Against our Employer. Apache Industrial Et AL. In 2020 The State Argued Against My Parental Rights in Similar Litigation, Where The Victim Rented a house in New Mexico on Friday Faked Domestic On Saturday. My Son was in School in New Mexico on Wednesday. 8 months Later I Find he hadn't Been TO class In 32 Days. (Continued

RECEIVED
JAN 30 2023
U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
DEPUTY CLERK

Page 8 continued

~~Joycelyn Calvillo~~ But, The Domestic Violence Advocate Stated In Court She The victim was Ready For Trial While The Court Appointed Attorney Said I Could only Avoid The Tensaw "P.R.E.A" Investigation if I Just "Take The Plea Bargain" Because It will Be 24 months Before Trial. I Reserved All Rights Long time Ago. The Court has failed To Recognize It, And Apache Industrial has Made ~~Brittney~~ millions off my Families pain I have not Signed Any Contract Nor Been served Any Punishable under the Contempt Powers of ~~his~~ The Court Here I was Stranded In Texas, Our Son Said he wated to Live with me in New Mexico. I Made her Think I was Close. And She had police waiting on me. I was In Texas

Mrs Jocelyn Calvillo Admitted In Court In December To Being A Sex Assault ~~Service~~ victim. I Cannot Get Records

It Appears that The Blackmail situation From Jocelyn Calvillo By Darrell people Required Her to yet Again Seek an protection Order In Livingston Louisiana As a Condition of her Continued Employment. Livingston Parish As a person For 1983 purposes Decides to Issue a Bogus Criminal Arrest Warrant. In Lieu of Service of Citation. Kidnapping is easier to Get Grants Then pesky Due process.

This Is Litterally Plea Bargan Extortion For Innocen Men That have Been Kidnapped.

Notification of Reservation of Rights

| | |
|---|---|
| Notice to Agent is Notice to Principal | Jonathon Williford Sui Juris |
| Notice to Principal is Notice to Agent | All Rights Reserved UCC 1-308 |
| All are without excuse | C/O (225) 397-5863 |
| | 20219 Highway 22 |
| | Maurepas, Louisiana |
| | near [70449] |

I, Jonathon Williford, Sui Juris, A common Man of the Sovereign people of Louisiana, a Republic, expressly Reserve my rights as per UCC 1-308/ Formerly -

Furthermore...
    Current actions May be in direct Violation of:

- Title 18 United States Code § 241
    Deprivation of Rights under color of Law

- Title 18 United States Code § 242
    Conspiracy Against Rights

Wherefore All have undeniable knowledge

Scribed this 7th Day of November 2(...)

*Jonthn Williford*
Jonathon Williford SJ

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:
December 12, 2022

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 12 December 2022

_Signature of Petitioner_

_Signature of Attorney or other authorized person, if any_

TWENTY-FIRST JUDICIAL DISTRICT COURT
FOR THE PARISH OF LIVINGSTON
STATE OF LOUISIANA

Bankston
SB
F
1054373

11/30/22

STATE OF LOUISIANA

VERSUS

JONATHAN RAY WILLIFORD
W/M DOB: 12/04/1980
20214 HIGHWAY 22
MAUREPAS, LA 70449

FILED: _____

DEPUTY CLERK: _____

NUMBER: 45610

I: 11/17/22

Dpy Cl _____

SURETY:
S.S.# ■■■■4582
D.L.# 10155555 LA
Alcohol Test Reading: .%

SCOTT M PERRILLOUX, DISTRICT ATTORNEY for the
TWENTY-FIRST JUDICIAL DISTRICT,
PARISH OF LIVINGSTON, STATE OF LOUISIANA
CHARGES THAT

the person named and identified above, in the Parish of LIVINGSTON and within the jurisdiction of the 21st Judicial District, Parish of LIVINGSTON, State of Louisiana and contrary to the form of the Statutes of the State of Louisiana in such cases made and provided, and against the peace and dignity of the same, did violate:

COUNT 1
R.S. 14.35.3(D) DOMESTIC ABUSE BATTERY - 2ND OFFENSE - HOUSEHOLD MEMBER
Jonathan Ray Williford, on or about July 24, 2022, committed a battery upon Jocelyn Calvillo, in violation of Louisiana Revised Statute Title 14, Section 35.3, the said defendant having been previously convicted of Domestic Abuse Battery- first offense under dockets 39709 and 120566 on February 10, 2020 in Livingston Parish, LA.

SCOTT M PERRILLOUX
DISTRICT ATTORNEY
21st JUDICIAL DISTRICT
STATE OF LOUISIANA

BY: ASSISTANT DISTRICT ATTORNEY

POSTED

21st JUDICIAL DISTRICT
PARISH OF LIVINGSTON, LA
A true copy of the original
this 12/9 20 22
Deputy Clerk of Court

Joshua Wilson
PO Box 1600
Livingston Louisiana
70802

SCREENED 27 JAN 2023
OK
U.S. MARSHAL

BATON ROUGE LA 707
27 JAN 2023 PM 3 L

US District Court
Middle District
777 Florida Ave Ste
Baton Rouge, Louisiana 134
70803

Barn Swallow
FOREVER USA