UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**JONATHAN WILLIFORD**                                               CIVIL ACTION

**VERSUS**

**21ST JUDICIAL DISTRICT COURT**                         NO. 23-00061-BAJ-RLB

## JUDGMENT

For written reasons assigned,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above-captioned action be and is hereby **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to prosecute and failure to keep the Court informed of his current address.

**IT IS FURTHER ORDERED** that the Clerk of Court shall send a copy of this Judgment to Plaintiff Jonathan Williford by regular and certified mail, return receipt requested to the address listed on PACER.

Baton Rouge, Louisiana, this 8th day of January 2024

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**